JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Melodie N. Holden, | Case No. **CV 07-5424-JFW (JCx)** |
| Plaintiff, | **ORDER DISMISSING CIVIL ACTION** |
| v. | |
| United Services Automobile Association, et al., | |
| Defendants. | |

    THE COURT has been advised by counsel that this action has been settled, or is in the process of being settled.

    IT IS THEREFORE ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown within **45 days**, to re-open the action if settlement is not consummated. During this 45 day period, this Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

/ / /

/ / /

(Rev. 2/15/08)

In the event a motion or *ex parte* application to re-open is not filed within 45 days, the dismissal of this action will be with prejudice.

Dated: May 20, 2008

                                                            JOHN F. WALTER
                                                            United States District Judge

(Rev. 2/15/08)                                      2